UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**WILMAR DIXON (#29334-034)**

**VERSUS**

**CORNEL H. HUBERT**

FILED
U.S. DIST COURT
MIDDLE DIST OF LA

2007 JAN 31  P 4:01

**CIVIL ACTION**

SIGN_____
BY DEPUTY CLERK

**NO. 06-952-A**

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation (doc. 5) of United States Magistrate Judge Stephen C. Riedlinger dated January 8, 2007. Plaintiff has filed an objection (doc. 18) which merely restates legal argument and does not require de novo findings under 28 U.S.C. 636.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, plaintiff's complaint shall be pursuant to 28 U.S.C. § 1915 (e) (2) (B) (iii).

Baton Rouge, Louisiana, January 31, 2007.

JOHN V. PARKER, JUDGE
MIDDLE DISTRICT OF LOUISIANA